AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN WESLEY PRUITT, JR.,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:24-cv-76

STATE OF GEORGIA; SUPERIOR COURT JUDGE PENNY FEESEMAN,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order entered on May 16, 2024, the Court dismisses Plaintiff's complaint and closes this case.

Approved by: *Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge



May 21, 2024
Date

John E. Triplett, Clerk of Court
Clerk

*Morgan A. Akins*
(By) Deputy Clerk

GAS Rev 10/2020